Probation Form No. 35
(12/2016)

Report and Order Terminating

United States District Court
Southern District of Texas
**ENTERED**
August 12, 2019
David J. Bradley, Clerk

or Supervised Release
Before Original Expiration Date

**United States District Court
for the
Southern District of Texas**

United States of America
Versus
**Patrick Dewayne Jordan**

Criminal Case: **3:13CR00008-002**

On October 16, 2013 this defendant was placed on Supervised Release for 4 years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from Supervised Release.

Respectfully submitted:

*Pat Brewster*

Pat Brewster
United States Probation Officer

**Order of Discharge**

On the probation officer's recommendation, the defendant is discharged from, and these proceedings are terminated.

Signed August 8, 2019 at Houston, Texas.

George C. Hanks
United States District Judge